1  Scott M. Grace  S.B.N. 236621
   Luftman, Heck & Associates, LLP
2  501 West Broadway, Suite 800
   San Diego, CA 92101
3  sgrace@lawlh.com
   Phone: 619-400-4900
4  Fax:  619-923-3661

5

6             IN THE UNITED STATES DISTRICT COURT

7             FOR CALIFORNIA – NORTHERN DISTRICT

8

9  CORRINE SCHRIEBER,                  )   Civil Case No.:  3:11-cv-01256-EMC
                                       )
10         Plaintiff,                  )
                                       )   **STIPULATION OF DISMISSAL WITH**
11 v.                                  )   **PREJUDICE**
                                       )
12                                     )
   LAW OFFICES OF THOMAS LANDIS,       )
13 ESQ. and THOMAS LANDIS, individually,)
   and DOES 1 through 10 inclusive,    )
14                                     )
                                       )
15         Defendants.                 )

16
17 _____

18 Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Corrine Schrieber and

19 defendants Law Offices of Thomas Landis, Esq. and Thomas Landis, individually, hereby stipulate to

20 dismiss with prejudice all claims asserted in this case.  In accordance with General Order 45.X.B., Scott M.

21 Grace, counsel for plaintiff, attests that each signatory listed below has concurred in this filing

22

23 Date:   May 26, 2011                     Luftman, Heck & Associates, LLP

24                                              /s/ Scott M. Grace
                                            **Counsel for Corrine Schrieber**
25

26 Date:   May 26, 2011                     Sessions, Fishman, Nathan & Israel, LLP

27   IT IS SO ORDERED:                          /s/ Sondra R. Levine
                                            **Counsel for Law Offices of Thomas Landis, Esq.**
28                                          **and Thomas Landis, individually**
   _____
   Edward M. Chen
   U.S. District Judge

                                                                    STIPULATION OF DISMISSAL WITH PREJUDICE

1

## Certificate of Service

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF).  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date:   May 26, 2011                                        Luftman, Heck & Associates, LLP

                                                                                    /s/ Scott M. Grace
                                                                            **Counsel for Corrine Schrieber**